# RETURN

CITATION

D667972
PD

CHARLES BRADFORD

VS

ALVIN STRAWDER JR

**DOCKET NUMBER: C-20083216**
SEC: C4
STATE OF LOUISIANA
PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT
ST. TAMMANY PARISH

62

25 20

TO:
WESTERN EXPRESS, INC.
(NATIONAL REGISTERED AGENTS, INC.)
EFFECTIVE JULY 1, 2008
NEW AGENT FOR SERVICE FOR NATIONAL REGISTERED
AGENTS WILL BE:

Mr. Thomas Keiffer
Attorney at Law
321 N. Vermont Street, Suite 203
Cov. 70433
292-1500

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this 25TH DAY OF AUGUST, 2008.

W.J. (BILL) HODGE, CLERK OF COURT

Also attached are the following:
PETITION FOR DAMAGES

By: _____
Deputy Clerk

FILED BY: CHRISTIAN C. CREED #23701

_____ ORIGINAL

_____ SERVICE COPY

_____ FILE COPY

CERTIFIED
TRUE COPY

FILED

DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA.

**EXHIBIT**

**1**

RECEIVED
COVINGTON-CIVIL

2008 AUG 28 A 11: 45

RODNEY J. STRAIN, JR.
SHERIFF

(37)C20083216 - 1.00 – CIT
Served PERS on
WESTERN EXPRESS INC. THRU THOMAS KEIFFER
SR. at
321 N Vermont ST, COVINGTON
Service Date & Time: 8/28/2008 9:15:00AM

INT:

3711 - TRANCHINA, ROBERT, St. Tammany Parish
Deputy

4th JUDICIAL DISTRICT COURT FOR THE PARISH OF OUACHITA

STATE OF LOUISIANA

NO. 08-3216

DIVISION:

CHARLES BRADFORD, on behalf of the ESTATE OF LORETTA BANKS
and as tutor for the minor children, ROSLYN BANKS, ALEXIS BANKS,
FREDRICK BANKS, and DONALD ROSS, JR., and MARK REED, as father and natural tutor of
JESSICA BANKS and ALISON BANKS

VERSUS

ALVIN STRAWDER, JR. WESTERN EXPRESS, INC.,
AND LINCOLN GENERAL INSURANCE COMPANY

FILED: _August 25, 2008_ _____
DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, CHARLES
BRADFORD, on behalf of the ESTATE OF LORETTA BANKS, and as tutor for the minor
children, ROSLYN BANKS, ALEXIS BANKS, FREDRICK BANKS, and DONALD ROSS, JR.,
and MARK REED, a father and natural tutor of JESSICA BANKS and ALISON BANKS, who,
respectfully shows, upon information and belief, as follows:

### THE PARTIES

1.    At all material times, deceased Plaintiff, LORETTA BANKS, was a major citizen of
the State of Louisiana, Parish of Ouachita, a pedestrian, who was struck and killed by a vehicle
driven by Defendant, ALVIN STRAWDER, JR., on or about August 27, 2007, at approximately
0014 hours.

2.    At all material times, plaintiff, CHARLES BRADFORD was the father of
LORETTA BANKS and has been appointed as legal tutor on behalf of ROSLYN BANKS,
ALEXIS BANKS, FREDRICK BANKS, and DONALD ROSS, JR, natural children of
LORETTA BANKS, and plaintiff, MARK REED is the father and natural tutor of JESSICA
BANKS and ALISON BANKS.

3.    At all material times, JESSICA BANKS, ALISON BANKS, ROSLYN BANKS,
ALEXIS BANKS, FREDRICK BANKS, and DONALD ROSS, JR. were the minor, natural
children of the deceased, LORETTA BANKS.

4.    At all material times, Defendant, ALVIN STRAWDER, JR. was a major citizen of
the State of Louisiana, Parish of Ouachita.

5.    On August 27, 2007, Defendant, ALVIN STRAWDER, JR., was the operator of a

2006 Freightliner Tractor owned by Defendant, WESTERN EXPRESS, INC.

4. At all material times, ALVIN STRAWDER, JR. was engaged in the course and scope of his employment with WESTERN EXPRESS, INC. and the injuries and death described herein are the responsibility of WESTERN EXPRESS, INC. in its capacity of respondent superior over ALVIN STRAWDER, JR.

5. At all material times, the 2006 Freightliner tractor being operated by ALVIN STRAWDER, JR. was owned and controlled by WESTERN EXPRESS, INC.

6. At all material times, LINCOLN GENERAL INSURANCE COMPANY was the automotive liability insurance carrier for the 2006 Freightliner Tractor owned by Defendant, WESTERN EXPRESS, INC. and operated by Defendant, ALVIN STRAWDER, JR., and pursuant to the provisions of the Louisiana Direct Action Statute, La.R.S. 22:658, is directly liable to Plaintiffs for the actions of fault or neglect of Defendant, ALVIN STRAWDER, JR.

7. ALVIN STRAWDER, JR. was at all material times responsible for the safe handling, driving, servicing, repairing, and/or operating of the 2006 Freightliner Tractor.

8. The cause of deceased Plaintiff, LORETTA BANKS, being struck and killed, was the result of lack of attention, fault, or neglect on the part of ALVIN STRAWDER, JR. in failing to maintain control of his vehicle in the following respects:

    a. failure to follow the rules of the road;

    b. reckless operation of the vehicle in which he was driving;

    c. failure to maintain a proper lookout;

    d. failure to keep the vehicle under control;

    e. failure to take all necessary measures to prevent striking LORETTA BANKS;

    f. such other and further acts of fault or neglect to be shown at the trial of this matter.

9. As a direct and proximate result of the actions and inactions of ALVIN STRAWDER, JR., Plaintiffs, JESSICA BANKS, ALISON BANKS, ROSLYN BANKS, ALEXIS BANKS, FREDRICK BANKS, and DONALD ROSS, have suffered the following damages:

    a. past and future loss of support;

    b. past and future loss of society;

    c. past and future loss of services;

    d. past and future loss of nurture and guidance;

    e. funeral expenses.

10. As a direct and proximate result of the actions and inactions of ALVIN

STRAWDER, JR., LORETTA BANKS suffered extreme physical and mental anguish, leading up to her death. As administrator of the ESTATE OF LORETTA BANKS, plaintiff, CHARLES BRADFORD, is entitled to assert a claim for recovery of such damages to be distributed according to La Civil Code Art. 2315.1 to the natural children of LORETTA BANKS.

WHEREFORE, premises considered, Plaintiffs request judgment against all Defendants, jointly and in solido, as follows:

a.  for compensatory damages in an amount to be determined by the trier of fact;

b.  for legal interest from the date of judicial demand until paid in full;

c.  for all taxable costs; and

d.  for such further and other relief as the court may deem just and proper under the circumstances.

Respectfully submitted,

CREED & CREED
1805 Tower Drive
P. O. Drawer 14136
Monroe, LA 71207
Telephone: 318-362-0086
Facsimile: 318-362-8219

CHRISTIAN C. CREED (LA Bar No. 23701)

and

MICHAEL J. MESTAYER, A PLC
601 Poydras Street
Suite 2750
New Orleans, LA 70130
Telephone: 504-522-7760
Facsimile: 504-522-7356

MICHAEL J. MESTAYER (LA Bar No. 09461)
Bar Number 9461

PLEASE SERVE:

1.  ALVIN STRAWDER, JR.
    4509 Reddix Lane
    Monroe, LA 71202

2.  WESTERN EXPRESS, INC.
    through its agent for service of process:
    National Registered Agents, Inc.
    1280 Claurel Street
    Mandeville, LA 70448

3.    LINCOLN GENERAL INSURANCE COMPANY
through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A TRUE COPY

DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA