# CITATION

D667956
PD

CHARLES BRADFORD

VS

ALVIN STRAWDER JR

**DOCKET NUMBER: C-20083216**
SEC: C4
STATE OF LOUISIANA
PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT

EAST BATON ROUGE PARISH

08

TO:

LINCOLN GENERAL INSURANCE COMPANY
(LOUISIANA SECRETARY OF STATE)
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

NC

YOU HAVE BEEN SUED.

Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15)** days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 300 St. John Street, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15)** days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this 25TH DAY OF AUGUST, 2008.

W.J. (BILL) HODGE, CLERK OF COURT

Also attached are the following:
PETITION FOR DAMAGES

By: _____
    Deputy Clerk

CERTIFIED
TRUE COPY

FILED BY: CHRISTIAN C. CREED #23701

___✓___ ORIGINAL

_____ SERVICE COPY

_____ FILE COPY

FILED

SEP 1 3 2008
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

JULIE NESBIT

RECEIVED
AUG 29 2008
R. SHERIFF'S OFFICE

EXHIBIT
2